DAVID T. BROWN, ESQ.
Nevada Bar No. 006914
BROWN BROWN & PREMSRIRUT
520 South Fourth Street
Las Vegas, Nevada 89101
Phone: (702) 384-5563
Fax: (702) 385-1023
Attorney for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>WANDA SOLIAI,<br><br>           Defendants. | 2:21-CR-00058-JAD-EYJ-8 |

### STIPULATION TO CONTINUE NOTICE OF VIOLATION HEARING
(First Request)

**IT IS HEREBY STIPULATED AND AGREED,** by and between Christopher Chiou, Acting United States Attorney, and Melanee Smith, Assistant United States Attorney, counsel for the United States of America, and David T. Brown, counsel for defendant, that the notice of violation hearing currently scheduled for June 24, 2021, be continued to the week of June 28th or it be set for a date and time convenient to the court.  This Stipulation is entered into for the following reasons:

    1.    Counsel for Ms. Soliai has a previous travel commitment and will be leaving the jurisdiction on June 24th..

    2.    The Government understands the request and is willing to grant counsel the professional courtesy.

    3.    The undersigned has spoken to Ms. Soliai and she has no objection to this request for a continuance.

4. The additional time requested herein is not sought for purposes of delay.

**DATED** this 11th day of June, 2021.

                                         _____/s/_____
                                         DAVID T. BROWN, ESQ.
                                         Counsel for Defendant

                                         _____/s/_____
                                         MELANEE SMITH, ESQ.
                                         Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>WANDA SOLIAI, )<br>)<br>Defendants. )<br>_____ ) | 2:21-CR-00058-JAD-EYJ-8<br><br>**FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER** |

### FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for Ms. Soliai has a previous travel commitment and will be leaving the jurisdiction on June 24th..

2. The Government understands the request and is willing to grant counsel the professional courtesy.

3. The undersigned has spoken to Ms. Soliai and she has no objection to this request for a continuance.

4. The additional time requested herein is not sought for purposes of delay.

### CONCLUSION OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare taking into account the exercise of due diligence.

///

**IT IS FURTHER ORDERED** that the June 24, 2021, notice of violation revocation hearing be vacated and continued to ___June 30___, 2021, at the hour of 1:00 p.m., in Courtroom #_3C_

**DATED** this 10th day of June, 2021.

**IT IS SO ORDERED**

**DATED:** 5:15 pm, June 17, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 10th day of June, 2021, the **STIPULATION TO CONTINUE SENTENCING** was electronically served upon all attorneys of record in this matter.

BY: _____/s/_____
David T. Brown
Nevada Bar No. 6914
520 S. Fourth Street, #320
Las Vegas, Nevada 89101