DAVID T. BROWN, ESQ.
Nevada Bar No. 006914
BROWN, BROWN & PREMSRIRUT
520 S. Fourth St., 2ND Fl.
Las Vegas, Nevada 89101
Telephone: (702) 384-5563
Fax: (702) 385-6965
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) 2:21-CR-00058-JAD-EYJ-8 |
| WANDA SOLIAI, | ) |
| Defendants. | ) |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Ms. Soliai's aunt just passed away and she would like to attend the funeral to honor her aunt, grieve and to support family.

2. Ms. Soliai has been in regular contact with the undersigned.

3. The undersigned has spoken with Emily McKillip who has been supervising Ms. Soliai and Ms. McKillet stated that she had no objection or concerns to Ms. Soliai being given permission to travel for this funeral.

4. One of the Terms of Ms. Soliai's pretrial release is that she not leave Nevada.

5. The request is made in good faith for family contact while this case is pending.

6. The parties request that Ms. Soliai be permitted to travel from June 23 through June 25, 2021 to Stockton, California to attend her aunt's funeral.

1

| | |
|---|---|
| 1 | **ORDER** |
| 2 | **IT IS HEREBY ORDERED** that Wanda Soliai be permitted to leave Nevada from June |
| 3 | 23 through June 25, 2021 to travel to Stockton, California to attend her aunt's funeral. |
| 4 | **DATED** this 22nd day of June, 2021. |

_____
UNITED STATES MAGISTRATE JUDGE