UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WANDA SOLIAI,<br><br>Defendant. | Case No: 2:21-cr-00058-JAD-NJK<br><br>**ORDER TO CONTINUE SENTENCING HEARING**<br>**(First Request)** |

### I.    Findings of Fact

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The parties need additional time to gather materials related to sentencing.

2. Defendant is out of custody and agrees to the continuance.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

4. Although the instant stipulation does not request to continue the trial date, the additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), when considering the factors under 18 U.S.C. §§ 3161(h)(7)(B) and 3161(h)(7)(B)(iv).

5. This is the first request for a continuance of the sentencing hearing.

For all of the above-stated reasons, the end of justice would best be served by a continuance of the sentencing hearing.

///

///

**II.    Order**

IT IS ORDERED that the sentencing hearing currently scheduled for September 22, 2025 at 10:00 a.m. is vacated and reset for October 21, 2025, at 10:00 a.m.

IT IS SO ORDERED:

_____
HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

DATED:  September 17, 2025.